ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 JUL -1  AM 8:57

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DORA M. TIPPING, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:21-CV-1403-G-BH |
| | ) | |
| GARLAND CADILLAC, | ) | |
| Defendant. | ) | Referred to U.S. Magistrate Judge |

**ANSWERS TO MAGISTRATE JUDGE'S QUESTIONNAIRE**

**QUESTION 1**: Are you suing for employment discrimination?   **X** YES   _____ NO

If you answered yes,

a. Did you previously file a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) or the equivalent state agency?
   **X** YES   _____ NO

b. With which agency did you file a charge of discrimination? EEOC - Dallas District Office 207 S. Houston #561 St. 3rd Floor Dallas, TX 75202

c. What was the date that you filed a charge of discrimination? 03-08-2021
   **You must attach a copy of the first charge of discrimination that you filed.**

d. Did the agency issue a final decision concerning your charge of discrimination?
   The EEOC closed the file.   _____ YES   _____ NO   N/A

e. What is the date that you received the final decision? 03-12-2021

f. Did the agency make a finding of discrimination?   _____ YES   _____ NO   N/A
   The EEOC did not proceed further with its investigation
   **You must attach a true and correct copy of the EEOC decision, including the summary of the charge and summary of the investigation, to your answer to this question.**

2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>450-2021-02765 |
|---|---|---|

Texas Workforce Commission Civil Rights Division and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Dora Tipping** | Home Phone (Incl. Area Code)<br>**(469) 810-7868** | Date of Birth |
|---|---|---|

Street Address: **735 Primrose Lane, Rockwall, TX 75032**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**GARLAND CADILLAC** | No. Employees, Members<br>**15 - 100** | Phone No. (Include Area Code)<br>**(972) 840-4100** |
|---|---|---|

Street Address: **11675 Lyndon B. Johnson Freeway, Garland, TX 75041**

DISCRIMINATION BASED ON *(Check appropriate box(es).)*
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **01-01-2020**  Latest: **05-05-2020**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**PERSONAL HARM:**
A. On or about January 2020, I was not paid my commission.
B. On or about May 1, 2020, I was written up.
C. On or about May 5, 2020, I was terminated by Department Manager Jasmine Alexander.

**RESPONDENT'S REASON FOR ADVERSE ACTION:**
A. I was told I was late three to five minutes.
B. I was told that I was terminated because I did not bring in two people per day to purchase a car.
C. I was told by Manager Jeff Rosser, "I will pay you whatever commission I want, you can take it or leave it." My commission was given to my non-Hispanic co-workers.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 03-08-2021    Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>450-2021-02765 |
|---|---|---|

Texas Workforce Commission Civil Rights Division                     and EEOC
*State or local Agency, if any*

**DISCRIMINATION STATEMENT:**
I believe I was discriminated against because of my National Origin (Hispanic), in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>03-08-2021                    *[signature]*<br>Date                        Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 161 (11/2020)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Dora Tipping<br>735 Primrose Lane<br>Rockwall, TX 75032 | From: | Dallas District Office<br>207 S. Houston St.<br>3rd Floor<br>Dallas, TX 75202 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 450-2021-02765 | Juan F. Munoz,<br>Intake Supervisor | (972) 918-3607 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

for _____ Belinda F. McCallister,   03/12/2021
District Director   *(Date Issued)*

Enclosures(s)

cc: Jeff Rosser
General Manager
GARLAND CADILLAC
11675 Lyndon B Johnson Freeway
Garland, TX 75041

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was issued** to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**QUESTION 2**: Provide the following information for your employer:

    a.    An address where it may be served with process.[2]

    b.    The particular department or division in which you are/were employed,

    c.    The particular department or division in which the alleged discrimination occurred,

    d.    Your position in that department or division,

    e.    The dates of your employment in that department or division,

    f.    The identity and position of your supervisor in that department or division,

    g.    The identity and position of the allegedly discriminating official, and

    h.    Whether you reported the alleged discrimination to your supervisor or Human Resources department. If you reported the discrimination, specify the date (month, day, and year) that you reported it, and the identity of the person to whom you reported it.

**ANSWER:**

a. 11675 Lyndon B. Johnson Freeway, Garland, TX 75041
b. Business Development Department - BDC
c. BDC
d. One of the managers for the BDC
e. 12-30-2019 to 05-07-2020
f. Jasmine Alexander - Supervisor for the BDC, Jasmine Alexander - Supervisor BDC
g. Jeff Rosser - Manager Garland Cadillac, Richard Wells - Sales person. Alvin - sub-manager, Mrs. Palm - Controller (03-17-20)
h. In one of the action of discrimination I told Mrs. Palm - Controller (03-17-20) and in another one Dawn Abney - Toyota Ft Worth (who made all documentation and paper work for employees) 03-05-2020

---

[2] If a defendant cannot be timely served with process due to a lack of a valid address or improper identification, your claims against that defendant may be dismissed without prejudice under Fed. R. Civ. P. 4(m). "Without prejudice" means that the dismissal will not prevent the plaintiff from filing a new action against the defendant on the same factual allegations.

**QUESTION 3:** Which protected characteristic(s) (such as race, color, religion, sex, national origin, age or disability) are you claiming was/were the reason for the alleged employment discrimination?

For each alleged protected characteristic, provide the following information:

a. Whether the protected characteristics was alleged in your initial charge of discrimination,

b. If the characteristic was not alleged in your charge,

   (1) why it was not alleged in your charge of discrimination, and

   (2) how it is related to the characteristics that were alleged in your charge of discrimination.

**ANSWER:**

- Discrimination from Jeff Rosser (Manager Garland Cadillac), regarding the corresponding commissions, saying he is the manager of the store and take it or no, the commissions he said. I was with Mario Thompson the other employee. In the way Mr. Rosser and Jasmine Alexander worked with the employees they did not last long, all of them did not come back during February and March 4 employees. I was continued working with commitment and meeting the goals of the company, reason for which they kept me. I just ask to the Controller Mrs. Palm what commissions
- he reported and she first let me know, it was what sales gave her.
- 03.05.2020 I was filling the documents regarding Health insurance and Life with Dawn Abney -Toyota Fort Worth) person who did all paper work with the employees) and Jasmine Alexander and Alvin did not want me to complete the documents at the point Mrs. Abney told me I have the right to do it and that we continued doing it, but they were there saying and saying and barely we completed the application. "Like who I took the insurance" it was my right of take it or no. And I wanted it because I want in the future go to the optometrist because I was having a hard time at the computer I was sat down there the 10 hours of work nearly 9 and 1/2 hours at the computer and will want to go them later to the optometrist. to take the insurance it up to you to the employee and you have to have sometime with the company to can apply for. Also because I am Hispanic I cannot have it! It is not my fault if they doubt or not!
- 03-15-2020 with the covid-19, it was an employee "Roque" he did not come back to work, and Jasmine Alexander made me go and work in the place he was working with 3 or 4 persons more in one room I also did not keep distance and nothing. I told the Controller Mrs. Palm, but I said please do not tell I said because anything do in Sales in cannot say a word to her.
- 03-23-2020 only 1 appointment I made they sold the car and then stolen my commission, 4 that appointment was made for Ernest one of the sales person, but I was the one that did it for him. They did not pay first to me.

**QUESTION 4**: Describe each adverse employment action taken against you that supports your claim of employment discrimination. For each alleged adverse employment action, provide the following information:

a. The date (month, day, and year) that the action took place,

b. The identity of the person(s) who took the action,

c. The protected characteristic(s) (such as race, color, religion, sex, national origin, age or disability) that you are claiming was the reason for that particular adverse employment action,

d. A description of how you were treated less favorably than other similarly situated employees who were not in your protected group(s),

e. The identity of the alleged other similarly situated employees who were not in your protected group(s), and

f. An explanation of why you believe that the adverse employment action was taken because of your protected characteristic(s).

**ANSWER**:

Attached documents

5

- 03-24-2020 I made another appointment another one they did not pay for and gave it to the sales person.
- Mr. Richard Wells one day say one of his customers does not want I took the appointment saying that they do not understand me that I was hispanic. But the only reason it is because he does not want that any money come out of the sale made for him, when any other BDC made the call, but in the case of Shannon another BDC the same than him in color with her he let it discriminating me because I was hispanic and I gave appointments to Mr Wells that I discovered went with him and Alvin and they had obtain that information and the customer then later told me to do not pay the commission to me.
- Jasmine Alexander - BDC supervisor continue keeping me with 2 and sometimes 3 persons plus her in the same room without followed everything was happening. But nothing I can do because I told Mrs. Palm before and they did not do anything and I was having the whole time before covid-19 my own place in another office but she Jasmine wanted to keep me there it was Jasmine①, me②, Chris Campbell③, Shannon④, John⑤ in one room one to the next one, without keep any distance, Shannon said it was no right and Jasmine send it to the other room after complaint but in my case she keept me there. She Jasmine was mat trying to know who was the person told Mrs. Palm Controller about it

- As soon as Jasmine Alexander suspected I was the one told Mrs. Palm about it, they started making my life miserable. Chris Campbell saw all that bad actions, then they said we need to met 65 sales on 04-09-2020 or we will have NO more job. We made it. A lot of work of my part I arrived a couple of times late for 5 minutes then, they made me a warning concerning my arriving time to work and they asked me Jasmine and Alvin let me know I was the one told Mrs. Palm about distance because in that room Roque was No coming back to work for supossed Covid-19 which they never let us know everything. I said Yes, Alvin and her told me I knew I can not say any word from the Sales to the Controller. Yes but they did a lot of arbitrariness and I can not do anything because in fact Jasmine was the girlfriend of the Assistant Manager and they was agree with Mr. Rosser Manager and Alvin to kick me of out of the place. They did the goal in sales and now then on May, 2020 at the beginning people can go to the Store to buy.
- Due to all that what happen they were making my life miserable Jasmine Alexander, they made me signed a document warning
- I went to the hospital on May 2, 2020 due to I can not breath anxiety attack was the conclusion



after exams. I have all the expenses that I paid.

**QUESTION 5:** What relief are you seeking? Describe **specifically** anything you are asking this court to do. If you are seeking monetary damages, state the amount of monetary damages that you are seeking and explain how you calculated that number.

ANSWER:

\* Monetary damages
- Hospital Lake Point Rowlett ± $7,000.00
  05-02-2020
- White Rock ENT, 05-08-2020 ± 2,700.00
  05-06-2020 and appointments and exams ± 100.00
- Dr. Gomez
- Months without working and receiving around the same money  ± 45,600.00
  12 months average $3,800 per month
- Optometrist I will need I will need special thing for could be around $4,000 per eye  8,000.00

$63,400.00

6

**STATE OF TEXAS**

**COUNTY OF**

## VERIFICATION

I understand that a false statement or answer to any interrogatory in this cause of action will subject me to penalties for perjury. I declare (or certify, verify or state) under penalty of perjury that the foregoing answers are true and correct. 28 U.S.C. § 1746.

SIGNED on this ___30th___ day of ___June___, 2021.

_____
(Signature of Plaintiff)

7

**DORA M. TIPPING**   Chart #116049
DOB: 25.Apr.1970 (50)   Female
Visit Date: 06.May.2020 at White Rock ENT

**PROVIDER INFORMATION**
PCP:             Cesar Gomez MD
Requesting:      Cesar Gomez MD

**INSURANCE INFORMATION**
Pri Ins Company:   Cigna Healthcare (CIGNA)
Pri Ins Policy #:  U7577344401
Pri Ins Group #:   3341846

**PRESENT ILLNESS INFORMATION**
Chief Complaint:   something in throat
HPI:
S1: 50 yo LAF presents for evaluation of a 3 week history of intermittent difficulty breathing and "passing saliva". She has had 2 severe episodes which occurred after very stressful events at work. She typically becomes very anxious and then notes some difficulty breathing and swallowing. This lasts for several hours at times but resolve without medication. She has had shorter episodes almost daily. She was seen in the ER and did have a CT scan done which reportedly showed an abnormality but she does not have a copy of the report. She was given a prescription for anxiety medication after a cardiac event was ruled out but told to follow up with an ENT. She denies any nasal congestion or URI symptoms.

**REVIEW OF SYSTEMS**
  **Constitutional Symptoms:**.
  • Pertinent negatives: chills, fatigue, fever, night sweats, sleeping problems.
  **Eyes:** *loss of vision*.
  • Pertinent negatives: itchy eyes, watery eye or eyes.
  **Ears, Nose, Mouth, and Throat:**
    • **Ears:**.
      • Pertinent negatives: dizziness, hearing loss, ringing in ears or head noise.
    • **Nose and Sinuses:**.
      • Pertinent negatives: facial pressure sensation, nasal congestion, mouth-breathing, nosebleeds, post-nasal drainage, runny nose, sneezing.
    • **Mouth and Throat:** *sore throat*.
      • Pertinent negatives: snoring, swallowing difficulty.
  **Cardiovascular:**.
    • Pertinent negatives: blacking out or fainting, lightheadedness or near fainting on standing up, palpitations (awareness of heartbeat), shortness of breath only when lying down, shortness of breath while sitting or standing, swelling including ankles or legs.
  **Respiratory:** Pertinent Negative for recent exposure to tuberculosis.
    • Pertinent negatives: cough, coughing up blood, chest pain or tightness, wheezing.
  **Gastrointestinal:**.
    • Pertinent negatives: blood in vomitus, heartburn or indigestion, difficulty swallowing liquids, difficulty swallowing solids, food sticking when swallowing, painful swallowing, sensation of a lump in throat, vomiting.
  **Genitourinary:**.
    • Pertinent negatives: frequency of urination.
  **Musculoskeletal:**.
    • Pertinent negatives: joint pain, redness overlying joints, joint swelling.
  **Neurological:**.
    • Pertinent negatives: change in alertness, change in smell, change in taste, difficulty remembering, difficulty thinking, excessive daytime sleepiness, headache, seizures of unknown type, paralysis, weakness.
  **Psychiatric:**.
    • Pertinent negatives: feeling sad more than usual (depressed), trouble sleeping.
  **Endocrine:**.
    • Pertinent negatives: increased thirst, unwanted or unexpected weight change.
  **Hematologic/Lymphatic:**.
    • Pertinent negatives: excessive bleeding after injury or minor surgery, easy bruising, axillary masses, groin masses, neck masses, masses in areas other than armpit, groin, or neck.
  **Allergic, Infectious, Immunologic:**.
    • Pertinent negatives: seasonal rhinitis.