U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 7 2021

CLERK, U.S. DISTRICT COURT
By_____
Deputy

PLEASE EXECUTE THIS ACKNOWLEDGMENT
OF RECEIPT AND RETURN TO THE U.S. DISTRICT
CLERK.  (NO POSTAGE NEEDED)

TO:     United States Marshals Service

RE:     3:21-cv-1403

RECEIVED:

Order, Summons, Complaint and Response to Magistrate Judge's Questionnaire.

on this   7   day of   July   , 20 21

_____
(Addressee/Agent for Addressee)