3:21-cv-1403

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2021 AUG 11  PM 3:39
_____
DEPUTY CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dora M. Tipping | 3:21-cv-01403 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Garland Cadillac | Summons in a Civil Action ✓ |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Garland Cadillac

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
11675 Lyndon B. Johnson Freeway, Garland, TX 75041

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Dora M. Tipping
735 Primrose Lane
Rockwall, TX 75032

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
|  | 1 | No. 77 | No. 77 | *signature* | 7/15/21 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| PAM Brewer | 7/29/21 | 1100 | ☑ am ☐ pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
*signature*

Costs shown on <u>attached USMS Cost Sheet</u> >>

REMARKS

7/29/21
/10
32 Miles Round Trip

Served Pam Brewer
"Controller"
at address shown above

Form USM-285
Rev. 03/21

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Tipping | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-01403-G-BH |
| | ) |
| Garland Cadillac | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Garland Cadillac
11675 Lyndon B Johnson Freeway
Garland, TX 75041

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

   Dora M Tipping (pro se)
   735 Primrose Lane
   Rockwall, TX 75032

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 07/06/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-01403-G-BH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) Garland Cadillac
was received by me on (*date*) 7/15/21.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (*name of individual*) Pam Brewer, who is designated
by law to accept service of process on behalf of (*name of organization*) Garland Cadillac
_____ on (*date*) 7/29/2021; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*) _____

My fees are $ 17.92 for travel and $ 69.00 for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 7/29/21

_____
Server's signature

Michael GREEN, DUSM
Printed name and title

1100 commerce st DALLAS TX 75242
Server's address

Additional information regarding attempted service, etc:

GARLAND
CADILLAC

**Pam Brewer**
Controller

11675 LBJ Fwy.
Garland Tx. 75041

www.dallascadillac.com
pam.brewer@dallascadillac.com



972-840-4100 Main
972-840-4105 Direct
972-920-3133 Fax