UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DORA M. TIPPING, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> GARLAND CADILLAC, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br><br> 3:21-CV-1403-G-BH |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

The defendant's Rule 12(b)(6) Motion to Dismiss and Brief in Support, filed August 18, 2021 (docket entry 15), is **GRANTED**. By separate judgment, the plaintiff's claims against the defendant will be **DISMISSED** with prejudice as time-barred.

**SO ORDERED**.

March 4, 2022.

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**